UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SETH ZUCKERMAN,

                Plaintiff,

                      25-CV-00314 (JAV)

-v-

                      ORDER

WARREN STREET HOTEL LLC,

                Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated May 16, 2025, ECF No. 25, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 4, by June 3, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 6, 2025**.

      SO ORDERED.

Dated: June 5, 2025
      New York, New York

                                                            _____
                                                            JEANNETTE A. VARGAS
                                                            United States District Judge