UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SETH ZUCKERMAN,

                Plaintiff,

             -v-

WARREN STREET HOTEL LLC,

                Defendant.
------------------------------------------------------------------X

25-CV-00314 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated June 5, 2025, ECF No. 28, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 4, by June 17, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 23, 2025**.

      SO ORDERED.

Dated: June 20, 2025
      New York, New York

                                        _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge