UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SETH ZUCKERMAN, :
:
:
Plaintiff, :
:                                              25-CV-00314 (JAV)
-v- :
:                                                    ORDER
:
:
WARREN STREET HOTEL LLC, :
:
Defendant. :
X
-----------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

    For the reasons stated on the record during the conference held on June 24, 2025, Defendant's Motion to Dismiss and or Compel Mediation and/or Arbitration (ECF Nos. 12, 13) is GRANTED IN PART AND DENIED IN PART.  Defendant's motion to dismiss for lack of subject matter jurisdiction is DENIED.  Defendant's motion to compel mediation is also DENIED.  The Court GRANTS the motion to compel arbitration pursuant to the Federal Arbitration Act.  This case shall be stayed during the pendency of the arbitration pursuant to 9 U.S.C. § 2.

    The parties are ORDERED to provide the Court with a status letter regarding the status of arbitration by **August 25, 2025**, and every 60 days thereafter.

    The Clerk of Court is directed to terminate ECF Nos. 12 and 13 and to stay this action.

    SO ORDERED.

Dated: June 25, 2025
       New York, New York
                                            JEANNETTE A. VARGAS
                                            United States District Judge